**Order entered December 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01202-CR

**JOHN WASHINGTON PAULEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-40833-K**

## ORDER

We have before us appellant's December 17, 2013 motion for leave to file a supplemental brief. We **GRANT** appellant's motion.

Appellant's supplemental brief received on December17, 2013 is **ORDERED** filed as of the date of this order.

/s/     DAVID EVANS
         JUSTICE